## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| KERRY L. SLOAN, BOP #15599-062, Plaintiff, | § § § | |
| v. | § § § § | CIVIL CASE NO. 3:21-CV-851-E-BK |
| K. ZOOK, WARDEN, ET AL., Defendants. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

SO ORDERED this 7th day of May, 2021.

ADA BROWN
UNITED STATES DISTRICT JUDGE